UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHANIE HERNANDEZ (1),<br>DAISY SANCHEZ (2),<br><br>Defendants.<br>_____ | Criminal Case No. 13CR1665-DMS<br><br>**JUDGMENT AND ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE AND VACATING STATUS HEARING** |

**IT IS HEREBY ORDERED** upon the UNITED STATES OF AMERICA's motion to dismiss the Indictment without prejudice (docket no. 6), and good cause appearing thereof, that the Indictment in the above-referenced case is **DISMISSED** without prejudice. The Court also orders that the status hearing scheduled for May 24, 2013 at 11:00 a.m. is hereby vacated.

**SO ORDERED.**

**DATED: May 20, 2013**

_____
**HON. DANA M. SABRAW**
**United States District Judge**